# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00434-CV

## Wichita County, Texas, Appellant

### v.

## Environmental Engineering & Geotechnics, Inc., Appellee

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-001884, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due July 30, 2018. On counsel's motions, the time for filing was extended to September 28, 2018. Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than October 19, 2018. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on October 4, 2018.

Before Chief Justice Rose, Justices Field and Toth